# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BECKY BARRICK, | No. 4:18-CV-0362 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WEIS MARKETS, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of August 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss the Amended Complaint, April 27, 2018, ECF No. 12, is **GRANTED**.

2. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge